■ AMBAC ASSURANCE CORPORATION et al., Respondents, v COUNTRYWIDE HOME LOANS, INC., et al., Appellants, et al., Defendant. [46 NYS3d 789]—Order, Supreme Court, New York County (Eileen Bransten, J.), entered on or about October 27, 2015, which, insofar as appealed from as limited by the briefs, granted plaintiffs' motion to strike all legal opinions in the expert report of James P. Corcoran, dated April 1, 2015, including sections V.B, V.C and V.D and paragraphs 22 and 113, and to preclude Corcoran from testifying regarding any legal opinions at trial, unanimously affirmed, with costs.

The court properly exercised its discretion in precluding defendant's expert from offering opinions and testimony concerning the legal issues of the availability of certain remedies and the burden of proof that may apply to plaintiffs' claims (*see Colon v Rent-A-Center*, 276 AD2d 58, 61 [1st Dept 2000]). Concur—Richter, J.P., Manzanet-Daniels, Gische, Webber and Kahn, JJ.